**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-00085-JBS |
| | § | |
| KATHLEEN D. PAGLINAWAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　219 South Dearborn Street, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/26/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/14/2011　　　　　　　　　By:  /s/ David P. Leibowitz
　　　　　　　　　　　　　　　　　　　　　　　　　　(Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-00085-JBS |
| | § | |
| KATHLEEN D. PAGLINAWAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $951.69
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $951.69

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $951.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $237.92 | $0.00 | $237.92 |
| David Leibowitz, Trustee Expenses | $7.02 | $0.00 | $7.02 |

Total to be paid for chapter 7 administrative expenses: $244.94
Remaining balance: $706.75

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $706.75 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $706.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $34,081.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | $2,915.98 | $0.00 | $60.47 |
| 2 | American Infosource Lp As Agent for/Victoria's Secret | $107.45 | $0.00 | $2.23 |
| 3 | American Infosource Lp As Agent for/Express | $68.00 | $0.00 | $1.41 |
| 4 | Capital One Bank (USA), N.A. | $3,653.45 | $0.00 | $75.76 |
| 5 | Capital One Bank (USA), N.A. | $1,480.18 | $0.00 | $30.69 |
| 6 | Chase Bank USA, N.A. | $3,230.67 | $0.00 | $66.99 |
| 7 | Chase Bank USA, N.A. | $3,257.86 | $0.00 | $67.56 |
| 8 | Chase Bank USA, N.A. | $5,435.40 | $0.00 | $112.71 |
| 9 | First National Bank of Omaha | $971.65 | $0.00 | $20.15 |
| 10 | GE Money Bank dba MEIJER PLATINUM MC | $4,117.59 | $0.00 | $85.39 |
| 11 | GE Money Bank dba GAP | $232.21 | $0.00 | $4.82 |
| 12 | GE Money Bank dba LORD & TAYLOR | $258.50 | $0.00 | $5.36 |
| 13 | LVNV Funding LLC/Sears Gold | $8,352.97 | $0.00 | $173.21 |

UST-Form 101-7-NFR (10/1/2010)

| | Mastercard | | | |
|---|---|---|---|---|

        Total to be paid to timely general unsecured claims:    $706.75
        Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:    $0.00
        Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:    $0.00
        Remaining balance:    $0.00

        Prepared By: /s/ David P. Leibowitz
                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-00085-JBS
Kathleen D. Paglinawan                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2               Date Rcvd: Apr 15, 2011
                              Form ID: pdf006           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
db         +Kathleen D. Paglinawan,    691 Debra Dr.,   Des Plaines, IL 60016-2552
aty        +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,   Waukegan, IL 60085-4216
14923930   +BACHOMELNS,    450 American St.,   Simi Valley, CA 93065-6285
14923931   +Bill Me Later,    PO Box 105658,   Atlanta, GA 30348-5658
14923932  ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85015,   Richmond, VA 23285)
15175349    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK 73124-8839
14923934   +Chase,   201 N. Walnut St/DE1-1027,    Wilmington, DE 19801-2920
15256371    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14923936   +FNB Omaha,   PO Box 3412,    Omaha, NE 68103-0412
14923935   +FNB Omaha,   1620 Dodge Street,    Omaha, NE 68197-0003
15449288   +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14923939   +Gemb/MJRDC,   PO Box 981400,    El Paso, TX 79998-1400
14923942  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC Bank,    PO Box 52530,   Schaumburg, IL 60196)
14923943   +HSBC/BSTBY,   1405 Foulk Rd.,    Wilmington, DE 19803-2769
14923945    MACYSDSNB,   911 Duke Blvd.,    Mason, OH 45040
14923946   +NCO Financial Systems Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2368
14923947   +Resurrection Immediate Care,    Business Office Suite LL,    3101 North Harlem Ave,
             Chicago, IL 60634-4532
14923948    Sears/CBSD,   133200 Smith Road,    Cleveland, OH 44130
14923949   +Sears/Citi,   8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
14923950   +Toyota Motor Credit Corp. HQ,    All mail goes to,   19001 S. Western Avenue,
             Torrance, CA 90501-1196
14923953    WFFNB/Victoria Secret,    PO Box 182128,   Columbus, OH 43218-2128
14923952   +Wffnb/Exp,   PO Box 330066,    Denver, CO 80233-8066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15138388      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2011 00:10:08
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Victoria's Secret,   PO Box 248872,    Oklahoma City, OK 73124-8872
15138390      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2011 00:20:29
               American Infosource Lp As Agent for,    World Financial Network National Bank As,    Express,
               PO Box 248872,   Oklahoma City, OK 73124-8872
15467283     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:07     GE Money Bank dba GAP,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15467284     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:06     GE Money Bank dba LORD & TAYLOR,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15467282     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:05
               GE Money Bank dba MEIJER PLATINUM MC,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14923937     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:09     Gemb/Gap,   PO Box 981400,    C10T,
               El Paso, TX 79998-1400
14923938     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:10     Gemb/L&T,   PO Box 981400,
               El Paso, TX 79998-1400
14923940     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:09     Gemb/Whit,   PO Box 276,
               Mail Code Code OH 3-4258,    Dayton, OH 45401-0276
14923941     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:05     Gemb/Whitehall,    PO Box 981439,
               El Paso, TX 79998-1439
15610548      E-mail/Text: resurgentbknotifications@resurgent.com Apr 15 2011 22:02:31      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15136497      E-mail/PDF: BNCEmails@blinellc.com Apr 16 2011 00:12:28     Roundup Funding, LLC,    MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14923933     Carlota Paglinawan,   UNKNOWN,    UNKNOWN
14923944     Lejodemar Suarez,   UNKNOWN,    UNKNOWN
14923951     West America Mortgage,    UNKNOWN,   UNKNOWN
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Apr 15, 2011
                              Form ID: pdf006           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**                    **Signature:**       _Joseph Speetjens_