UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-00085-JBS |
|---|---|---|
| | § | |
| KATHLEEN D. PAGLINAWAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $253,051.00 | Assets Exempt: | $18,310.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $706.82 | Claims Discharged Without Payment: | $48,083.09 |
| Total Expenses of Administration: | $244.94 | | |

3)   Total gross receipts of $951.76  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $951.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $248,815.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $244.94 | $244.94 | $244.94 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $44,366.00 | $34,081.91 | $34,081.91 | $706.82 |
| **Total Disbursements** | $293,181.00 | $34,326.85 | $34,326.85 | $951.76 |

4). This case was originally filed under chapter 7 on 01/04/2010. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2011        By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | $951.00 |
| Interest Earned | 1270-000 | $0.76 |
| **TOTAL GROSS RECEIPTS** | | **$951.76** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BACHOMELNS | 4110-000 | $233,000.00 | NA | $0.00 | $0.00 |
| | Toyota Motor Credit Corp. HQ | 4110-000 | $15,815.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$248,815.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $237.92 | $237.92 | $237.92 |
| David Leibowitz, Trustee | 2200-000 | NA | $7.02 | $7.02 | $7.02 |
| Green Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$244.94** | **$244.94** | **$244.94** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup | 7100-000 | NA | $2,915.98 | $2,915.98 | $60.48 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Funding, LLC | | | | | |
| 2 | American Infosource Lp As Agent for/Victoria's Secret | 7100-900 | $94.00 | $107.45 | $107.45 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2; American Infosource Lp As Agent for/Victoria's Secret) | 7100-901 | $0.00 | $0.00 | $0.00 | $2.23 |
| 3 | American Infosource Lp As Agent for/Express | 7100-900 | $56.00 | $68.00 | $68.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 3; American Infosource Lp As Agent for/Express) | 7100-901 | $0.00 | $0.00 | $0.00 | $1.41 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $3,636.00 | $3,653.45 | $3,653.45 | $75.77 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $1,358.00 | $1,480.18 | $1,480.18 | $30.70 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $3,230.00 | $3,230.67 | $3,230.67 | $67.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | $3,257.00 | $3,257.86 | $3,257.86 | $67.56 |
| 8 | Chase Bank USA, N.A. | 7100-900 | $5,435.00 | $5,435.40 | $5,435.40 | $112.72 |
| 9 | First National Bank of Omaha | 7100-900 | NA | $971.65 | $971.65 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 9; First National Bank of Omaha) | 7100-901 | $0.00 | $0.00 | $0.00 | $20.15 |
| 10 | GE Money Bank dba MEIJER PLATINUM MC | 7100-900 | $4,117.00 | $4,117.59 | $4,117.59 | $85.39 |
| 11 | GE Money Bank dba GAP | 7100-900 | $167.00 | $232.21 | $232.21 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 11; GE Money Bank dba GAP) | 7100-901 | $0.00 | $0.00 | $0.00 | $4.82 |
| 12 | GE Money Bank | 7100-900 | $190.00 | $258.50 | $258.50 | $5.36 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | dba LORD & TAYLOR | | | | | |
| 13 | LVNV Funding LLC/Sears Gold Mastercard | 7100-900 | $8,118.00 | $8,352.97 | $8,352.97 | $173.23 |
| | Bill Me Later | 7100-000 | $397.00 | NA | NA | $0.00 |
| | FNB Omaha | 7100-000 | $777.00 | NA | NA | $0.00 |
| | Gemb/Whit | 7100-000 | $2,915.00 | NA | NA | $0.00 |
| | HSBC Bank | 7100-000 | $2,870.00 | NA | NA | $0.00 |
| | HSBC/BSTBY | 7100-000 | $372.00 | NA | NA | $0.00 |
| | MACYSDSNB | 7100-000 | $6,109.00 | NA | NA | $0.00 |
| | Resurrection Immediate Care | 7100-000 | $326.00 | NA | NA | $0.00 |
| | Sears/CBSD | 7100-000 | $942.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,366.00 | $34,081.91 | $34,081.91 | $706.82 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| **Case No.:** | 10-00085-JBS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | PAGLINAWAN, KATHLEEN D. | **Date Filed (f) or Converted (c):** | 01/04/2010 (f) |
| **For the Period Ending:** | 11/1/2011 | **§341(a) Meeting Date:** | 02/16/2010 |
| | | **Claims Bar Date:** | 05/21/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Single Family Home 691 Debra Dr., Des Plaines, I | $234,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**   Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  Checking/Savings Account Bank of America | $210.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**   Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  TV & Furniture | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**   Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Normal Apparel | $200.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**   Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  2009 Scion XB Toyota Financial Services 13,000K | $13,900.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**   Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  TAX REFUNDS | $4,241.00 | $4,241.00 | DA | $951.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | DA | $0.76 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

|   | $253,051.00 | $4,241.00 | | $951.76 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
Tax Intercept.
TFR completed for Trustee's review.
Waiting on September's bank statement for TDR

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-00085-JBS | |
| **Case Name:** | PAGLINAWAN, KATHLEEN D. | |
| **Primary Taxpayer ID #:** | ******4133 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/4/2010 | |
| **For Period Ending:** | 11/1/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******9965 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/12/2010 | (6) | United States Treasury | | 1224-000 | $4,241.00 | | $4,241.00 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.09 | | $4,241.09 |
| 05/14/2010 | (6) | Kathleen D. Paglinawan | Entitled Portion of 2009 Tax Refund | 1224-000 | ($3,290.00) | | $951.09 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 | | $951.28 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.04 | | $951.32 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $951.32 | $0.00 |
| | | | **TOTALS:** | | $951.32 | $951.32 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $951.32 | |
| | | | **Subtotal** | | $951.32 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $951.32 | $0.00 | |

**For the period of 1/4/2010 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $951.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $951.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $951.32 |

**For the entire history of the account between 04/12/2010 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $951.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $951.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $951.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 10-00085-JBS | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | PAGLINAWAN, KATHLEEN D. | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | ******4133 | | | **Checking Acct #:** | | ******8501 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 1/4/2010 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 11/1/2011 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/17/2011 | | Sterling Bank | | 9999-000 | $20.15 | | $20.15 |
| 08/19/2011 | 3001 | CLERK, U.S. BANKRUPTCY COURT | | 7100-901 | | $20.15 | $0.00 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | ($0.01) |
| 09/09/2011 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | ($0.01) | $0.00 |
| | | | **TOTALS:** | | $20.15 | $20.15 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $20.15 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $20.15 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $20.15 | |

**For the period of 1/4/2010 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20.15 |
| | |
| Total Compensable Disbursements: | $20.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.15 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/16/2011 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20.15 |
| | |
| Total Compensable Disbursements: | $20.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.15 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-00085-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PAGLINAWAN, KATHLEEN D. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4133 | | Checking Acct #: | ******0085 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/4/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/27/2011 | | Transfer From: #******0085 | | 9999-000 | $951.76 | | $951.76 |
| 05/27/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $7.02 | $944.74 |
| 05/27/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $237.92 | $706.82 |
| 05/27/2011 | 2003 | Roundup Funding, LLC | Claim #: 1; Amount Claimed: 2,915.98; Amount Allowed: 2,915.98; Distribution Dividend: 2.07; | 7100-000 | | $60.48 | $646.34 |
| 05/27/2011 | 2004 | Clerk, US Bankruptcy Court | Small Dividends | * | | $8.46 | $637.88 |
| | | | Claim Amount $(2.23) | 7100-901 | | | $637.88 |
| | | | Claim Amount $(1.41) | 7100-901 | | | $637.88 |
| | | | Claim Amount $(4.82) | 7100-901 | | | $637.88 |
| 05/27/2011 | 2005 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: 3,653.45; Amount Allowed: 3,653.45; Distribution Dividend: 2.07; | 7100-900 | | $75.77 | $562.11 |
| 05/27/2011 | 2006 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: 1,480.18; Amount Allowed: 1,480.18; Distribution Dividend: 2.07; | 7100-900 | | $30.70 | $531.41 |
| 05/27/2011 | 2007 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 3,230.67; Amount Allowed: 3,230.67; Distribution Dividend: 2.07; | 7100-900 | | $67.00 | $464.41 |
| 05/27/2011 | 2008 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 3,257.86; Amount Allowed: 3,257.86; Distribution Dividend: 2.07; | 7100-000 | | $67.56 | $396.85 |
| 05/27/2011 | 2009 | Chase Bank USA, N.A. | Claim #: 8; Amount Claimed: 5,435.40; Amount Allowed: 5,435.40; Distribution Dividend: 2.07; | 7100-900 | | $112.72 | $284.13 |
| 05/27/2011 | 2010 | First National Bank of Omaha | Claim #: 9; Amount Claimed: 971.65; Amount Allowed: 971.65; Distribution Dividend: 2.07; | 7100-900 | | $20.15 | $263.98 |
| 05/27/2011 | 2011 | GE Money Bank dba MEIJER PLATINUM MC | Claim #: 10; Amount Claimed: 4,117.59; Amount Allowed: 4,117.59; Distribution Dividend: 2.07; | 7100-900 | | $85.39 | $178.59 |
| 05/27/2011 | 2012 | GE Money Bank dba LORD & TAYLOR | Claim #: 12; Amount Claimed: 258.50; Amount Allowed: 258.50; Distribution Dividend: 2.07; | 7100-900 | | $5.36 | $173.23 |
| 05/27/2011 | 2013 | LVNV Funding LLC/Sears Gold Mastercard | Claim #: 13; Amount Claimed: 8,352.97; Amount Allowed: 8,352.97; Distribution Dividend: 2.07; | 7100-900 | | $173.23 | $0.00 |
| 08/16/2011 | | Greem Baml | Wire out for Stale Dated Check. | 9999-000 | | $20.15 | ($20.15) |
| 08/16/2011 | 2010 | STOP PAYMENT: First National Bank of Omaha | Claim #: 9; Amount Claimed: 971.65; Amount Allowed: 971.65; Distribution Dividend: 2.07; | 7100-904 | | ($20.15) | $0.00 |

**SUBTOTALS** $951.76 $951.76

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-00085-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PAGLINAWAN, KATHLEEN D. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4133 | Checking Acct #: | ******0085 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/4/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $951.76 | $951.76 | $0.00 |
| | | | Less: Bank transfers/CDs | | $951.76 | $20.15 | |
| | | | Subtotal | | $0.00 | $931.61 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $931.61 | |

**For the period of 1/4/2010 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $951.76 |
| | |
| Total Compensable Disbursements: | $931.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $931.61 |
| Total Internal/Transfer Disbursements: | $20.15 |

**For the entire history of the account between 05/27/2011 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $951.76 |
| | |
| Total Compensable Disbursements: | $931.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $931.61 |
| Total Internal/Transfer Disbursements: | $20.15 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-00085-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PAGLINAWAN, KATHLEEN D. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4133 | Money Market Acct #: | ******0085 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 1/4/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $951.32 | | $951.32 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $951.33 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.04 | | $951.37 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.04 | | $951.41 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.04 | | $951.45 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.04 | | $951.49 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.04 | | $951.53 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.04 | | $951.57 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.04 | | $951.61 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.04 | | $951.65 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.04 | | $951.69 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.04 | | $951.73 |
| 05/27/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/27/2011 | 1270-000 | $0.03 | | $951.76 |
| 05/27/2011 | | Transfer To: #******0085 | | 9999-000 | | $951.76 | $0.00 |
| | | | **TOTALS:** | | $951.76 | $951.76 | $0.00 |
| | | | Less: Bank transfers/CDs | | $951.32 | $951.76 | |
| | | | **Subtotal** | | $0.44 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.44 | $0.00 | |

**For the period of 1/4/2010 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.44 |
| Total Internal/Transfer Receipts: | $951.32 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $951.76 |

**For the entire history of the account between 06/25/2010 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.44 |
| Total Internal/Transfer Receipts: | $951.32 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $951.76 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-00085-JBS | |
| **Case Name:** | PAGLINAWAN, KATHLEEN D. | |
| **Primary Taxpayer ID #:** | ******4133 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/4/2010 | |
| **For Period Ending:** | 11/1/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******0085 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $951.76 | $951.76 | $0.00 |

**For the period of 1/4/2010 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $951.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $951.76 |
| Total Internal/Transfer Receipts: | $1,923.23 |
| | |
| Total Compensable Disbursements: | $951.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $951.76 |
| Total Internal/Transfer Disbursements: | $1,923.23 |

**For the entire history of the case between 01/04/2010 to 11/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $951.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $951.76 |
| Total Internal/Transfer Receipts: | $1,923.23 |
| | |
| Total Compensable Disbursements: | $951.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $951.76 |
| Total Internal/Transfer Disbursements: | $1,923.23 |